JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JUAN ANTONIO QUINTANILLA,

       Petitioner,

   v.

UNITED STATES OF AMERICA,

       Respondent.

CV 12-1290 PA
CR 09-0242 PA

JUDGMENT DISMISSING
PETITIONER'S ACTION WITH
PREJUDICE

    Pursuant to the Court's May 7, 2012 Order denying Petitioner Juan Antonio Quintanilla's Motion for Relief Pursuant to 28 U.S.C. § 2255,

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Petitioner's action is dismissed with prejudice.

DATED:  May 7, 2012

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE